# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## DOCKET NO. 1: 09-CR-288
## CHIEF JUDGE YVETTE KANE

## UNITED STATES OF AMERICA
## V.
## JORGE MONTALVO

## ORDER

AND NOW, this 2nd day of July, 2010, IT IS HEREBY ORDERED that Defendant's Motion to Direct SCI Retreat to Permit Phone Conference(4) is granted. SCI Retreat is hereby directed to permit Steve Rice, Esq., to have a phone conference with Defendant, Jorge Montalvo.

s/Yvette Kane

Yvette Kane, Chief Judge
United States District Court